UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH FRANCIS SIMMONS,

Defendant.

CASE NO. CR19-5372 BHS

ORDER

This matter is before the Court on Kenneth Francis Simmons' Motion for Reconsideration, Dkt. 110, of the Court's Order, Dkt. 108, denying his Motion for Compassionate Release, Dkt. 100. Because Simmons does not establish a basis warranting reconsideration, his motion is denied.

## I.   BACKGROUND

Most of the facts relevant to the motion for reconsideration are set forth in the order denying Simmons' motion for compassionate release. *See* Dkt. 108 at 1–3. Accordingly, the Court need not repeat those facts.

The Court denied the compassionate release motion because (1) Simmons did not establish that his medical conditions have substantially diminished his ability to provide

self-care, (2) Simmons did not establish that he has been denied access to adequate medical care, and (3) a motion for compassionate release is not the proper vehicle for Simmons to challenge the conditions of his confinement. *Id.* at 5.

Thirteen days after the Court denied the motion for compassionate release, Simmons replied to the Government's response to that motion. Dkt. 109. In his reply, Simmons reiterates that, for various reasons, the Bureau of Prisons has failed to provide to him adequate medical care. *Id.* at 3–7. He also contends that, as a result of the COVID-19 pandemic, he has been subjected to unusually harsh prison conditions. *Id.* at 8–9. Finally, he asserts that the factors set forth in 18 U.S.C. § 3553(a) weigh in favor of his release. *Id.* at 9–10.

Simmons moves for reconsideration, arguing that his "response to the [G]overnment's reply brief got delayed and literally 'crossed in the mail' with the Order that is Document 108 filed 2/14/23, which was also the date that [he] placed the response into the prison mail box." Dkt. 110 at 1–2. He contends that the Court therefore "did not have the critical information in Simmons' response" when it ruled on his compassionate release motion. *Id.* at 2.

## II.  DISCUSSION

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash. LCrR 12(b)(13)(A). "[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the

1   district court is presented with newly discovered evidence, committed clear error, or if

2   there is an intervening change in the controlling law." *Kona Enters., Inc. v. Est. of*

3   *Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (quoting *389 Orange St. Partners v. Arnold*,

4   179 F.3d 656, 665 (9th Cir. 1999)). Mere disagreement with a previous order is an

5   insufficient basis for reconsideration, and reconsideration may not be based on evidence

6   and legal arguments that could have been presented at the time of the challenged

7   decision. *Haw. Stevedores, Inc. v. HT & T Co*., 363 F. Supp. 2d 1253, 1269 (D. Haw.

8   2005).

9         For several reasons, Simmons fails to establish an entitlement to relief. Notably,

10   Simmons filed his reply brief on February 27, 2023, Dkt. 109, which was nearly one

11   month after his compassionate release motion was noted for consideration on January 30,

12   2023, Dkt. 103. Therefore, this brief was not timely filed. In any event, Simmons does

13   not establish the existence of a manifest error in the Court's order denying his motion for

14   compassionate release. Also, he fails to show that there are any material new facts or

15   legal authority which could not have been brought to the Court's attention earlier with

16   reasonable diligence. Accordingly, reconsideration is unwarranted.

17                              **III.  ORDER**

18         Therefore, it is hereby **ORDERED** that Kenneth Francis Simmons' Motion for

19   Reconsideration, Dkt. 110, is **DENIED**.

20   //

21   //

22   //

ORDER - 3

Dated this 9th day of March, 2023.

BENJAMIN H. SETTLE
United States District Judge